IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV - 2 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |  |
|---|---|---|
| NADIR OMAR ABDULLAH BIN, SA'ADOUN ALSA'ARY a/k/a AHMED OMAR, | ) ) ) ) ) |  |
| Petitioner, | ) | Civil Action No. 09-0745 (RCL) |
| v. | ) ) |  |
| BARACK OBAMA, *et al.*, | ) ) |  |
| Respondents. | ) |  |

[PROPOSED] ORDER

This matter coming before the Court on Petitioner's Status Report/Unopposed Motion to

Continue Stay, and having considered the entire record, the Court finds that the motion should be

GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report

no later than May 1, 2012. It is further;

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is

further;

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect

during the period of the stay. It is further;

**ORDERED** that the parties may move the Court to lift the stay provided the moving

party gives the non-moving party written notice the (10) days prior to the date of filing the

motion.

Date: 11/2/11

UNITED STATES DISTRICT JUDGE